**Tuan Quoc NGUYEN, Appellant,**

**v.**

**ST. LOUIS COUNTY JAIL; Medical Department; Unknown Dentists, All Involved; Medical Staff; Unknown Officers, Unnamed; BOP Medical Contract Staff, Unnamed, Appellees.**

**No. 02–1183.**

United States Court of Appeals, Eighth Circuit.

Submitted March 22, 2002.

Filed March 27, 2002.

Before McMILLIAN, BOWMAN, and BYE, Circuit Judges.

PER CURIAM.

Tuan Quoc Nguyen appeals the District Court's[1] pre-service dismissal, under 28 U.S.C. § 1915(e)(2)(B), of his 42 U.S.C. § 1983 action. Having carefully reviewed the record, we conclude dismissal was proper. Nguyen's allegations regarding medical mistreatment did not state a constitutional violation. *See Dulany v. Carnahan*, 132 F.3d 1234, 1239 (8th Cir.1997); *Martin v. Sargent*, 780 F.2d 1334, 1337–39 (8th Cir.1985). Accordingly, we affirm. *See* 8th Cir. R. 47A(a).

---

1. The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.